# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD AYACH,<br>　　　　Plaintiff,<br>　　v.<br>MICHELLE MORAN, et al.,<br>　　　　Defendants. | Case No. ED CV 19-2495 FMO (SPx)<br>Case No. ED CV 20-0030 FMO (SPx)<br><br>**JUDGMENT** |
| JOSEPH NOFAL,<br>　　　　Plaintiff,<br>　　v.<br>MICHELLE MORAN, et al.,<br>　　　　Defendants. | |

Pursuant to the Court's Order re: Pending Motion, filed in Case No. ED CV 19-2495, IT IS ADJUDGED that the above-captioned cases are **dismissed without prejudice**. The parties shall bear their own fees and costs.

Dated this 12th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge